IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CHARLOTTE NICHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE[1], | ) |
| Commissioner of Social Security, | ) |
| | ) Civil Action No. 6:05-CV-081-C |
| Defendant. | ) ECF |

## ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed March 5, 2007 (Doc. 21). Plaintiff filed objections to the Report and Recommendation on March 17, 2007 (Doc 22). The court has made a *de novo* determination of the Report and Recommendation after consideration of Plaintiff's objections, the submissions of the parties, and the transcript of the administrative proceedings.

The court finds the objections to be without merit. The court further finds that the ALJ applied the correct legal standards and that substantial evidence supports his decision. The court also finds that the Report and Recommendation applied the correct legal standards

**IT IS, THEREFORE, ORDERED** that the Report and Recommendation is adopted by the court.

---

[1] Michael J. Astrue has been appointed as the new Commissioner of Social Security, effective February 12, 2007, and is therefore substituted as Defendant in this matter for Jo Anne B. Barnhart, per FED. R. CIV. P. 25(d)(1).

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a judgment in accordance with the terms of this order shall be entered forthwith.

Dated March 22, 2007.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT